
RECEIVED
IN MONROE, LA

FEB 0 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| WILLIAM HERRINGTON<br>La. DOC #121183<br>VS.<br><br>TIM WILKINSON, WARDEN | CIVIL ACTION NO. 05-1433<br><br>SECTION P<br><br>JUDGE JAMES<br><br>MAGISTRATE JUDGE HAYES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting petitioner's objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's second and successive Application for Writ of *Habeas Corpus* be and it is transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §2244(b)(3) for further proceedings by that Court.

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 6 day of February 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE